JAKE MARKS, Appellee, v. WILLIAM CHRISTY, Appellant.   (Civil No. 183.)

APPEAL from the District Court of the Second Judicial District in and for the County of Maricopa.

No appearance for Appellant.

Sumner Howard, for Appellee.

January 7, 1887.   Dismissed.

---

EX PARTE: IN THE MATTER OF CHARLES DOUGLAS, Petitioner.   (Unnumbered.)

APPLICATION for writ of *habeas corpus*.

Herndon and Hawkins, for the Petitioner.

Briggs Goodrich, Atty. Gen., for the Territory.

January 8, 1887.   Judgment allowing writ and ordering petitioner released.

---

MORRIS GOLDWATER, Respondent, v. J. W. BRUCE et al., Appellants.   (Civil No. 161.)

APPEAL from the District Court of the First Judicial District in and for the County of Pima.

Haynes and Styles, for Appellants.

J. A. Anderson, for Respondent.

January 22, 1887.   Dismissed on stipulation.